# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1011**

**CA 14-00269**

PRESENT: CENTRA, J.P., FAHEY, WHALEN, AND DEJOSEPH, JJ.

---

HAMILTON EQUITY GROUP, LLC, AS ASSIGNEE OF HSBC
BANK USA, NATIONAL ASSOCIATION,
PLAINTIFF-RESPONDENT,

V          ORDER

BRIAN KUMAHOR, INDIVIDUALLY AND DOING BUSINESS
AS BKUMAHOR CONSULTING, DEFENDANT-APPELLANT,
ET AL., DEFENDANTS.

---

LAW OFFICES OF JASON A. SHEAR, LACKAWANNA (JASON A. SHEAR OF COUNSEL),
FOR DEFENDANT-APPELLANT.

RUPP, BAASE, PFALZGRAF, CUNNINGHAM & COPPOLA LLC, BUFFALO (ERIN L.
CODY OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---------------------------------------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered April 26, 2013. The order, inter alia, granted the motion of plaintiff for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.

Entered: November 14, 2014          Frances E. Cafarell
                                        Clerk of the Court